**FILED**

**JUL 25 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERSEDING INDICTMENT |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | |
| ) | CASE NO.1:23CR201 |
| DESHANE IRONS, ) | Title 18, United States Code, |
| DARSEAN SCOTT ) | Sections 922(a)(1)(A), 922(g)(1), |
| ) | 924(a)(1)(D), 924(a)(8), and |
| Defendants. ) | 924(c)(1)(A)(i); 21 United States |
| ) | Code, Sections 841(a)(1) and |
| | (b)(1)(C)) |

## COUNT 1
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury charges:

1. On or about January 25, 2023, through on or about March 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: a Taurus, Model G2C, 9mm caliber pistol, serial number 1C118611; a Smith and Wesson, Model SD40VE, .40 caliber pistol, serial number FCE3195; a Glock, Model 26GEN5, 9mm caliber pistol, serial number AFVB730; an Izhmash, Model Saiga, 7.62 caliber rifle, serial number L08106097; a Glock, Model 23GEN5, .40 caliber pistol, serial number AGMC136; a Smith & Wesson, Model SD9VE, 9mm caliber pistol, serial number FZX1077; a Taurus, Model G3C, 9mm caliber pistol, serial number ACM654116; a Taurus, Model G2C, 9mm caliber pistol, serial number ACD823289; and a Ruger, Model Security-9, 9mm caliber pistol, serial number 38185567, all having been shipped

and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

COUNT 2
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury further charges:

2. On or about February 8, 2023, through on or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: a HS Produkt, Model XD9 Sub Compact, 9mm pistol, serial number BB142631; an American Tactical Imports, Model ATI-15, multi-caliber rifle, serial number NS225312; an HS Produkt, Model XD45, .45 caliber pistol, serial number S3306381; an FNH USA, Model 503, 9mm caliber pistol, serial number CV005582; a Smith & Wesson, Model SD9, 9mm caliber pistol, serial number FCN2541; a Kahr Arms, Model P9, 9mm caliber pistol, serial number EA1883; a Glock, Model 19CGEN3, 9mm caliber pistol, serial number BXDG898; and a Glock, Model 48, 9mm caliber pistol, serial number AFPX333, all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

COUNT 3
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about February 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and

Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: an HS Produkt, Model XD9 Sub Compact, 9mm caliber pistol, serial number BB142631, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about February 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: an American Tactical Imports, Model ATI-15, multi-caliber rifle, serial number NS225312; an HS Produkt, Model XD45, .45 caliber pistol, serial number S3306381; an FNH USA, Model 503, 9mm caliber pistol, serial number CV005582; and a Smith & Wesson, Model SD9, 9mm caliber pistol, serial number FCN2541, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 5
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes

3

punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Kahr, Model P9, 9mm caliber pistol, serial number EA1883; a Glock, Model 19CGEN3, 9mm caliber pistol, serial number BXDG898; and a Glock, Model 48, 9mm caliber pistol, serial number AFPX333, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6. On or about March 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about September 21, 2016, in Case Number CR-15-601382, in the Cuyahoga County Court of Common Pleas; and Robbery and Attempted Felonious Assault, on or about February 29, 2012, in CR-11-556971, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 22, .40 caliber pistol, serial number AFZG709, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 7
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about February 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about February 10, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9
(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

9. On or about March 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing both a detectible amount of fentanyl, a Schedule II controlled substance; heroin, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; and methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 10
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

10. On or about March 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant DESHANE IRONS, did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C), as charged in Count 9 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 11
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

11. On or about February 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 12
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

12. On or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 13
(Carrying a Firearm during and in relation to a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

13. On or about February 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARSEAN SCOTT did knowingly carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count 12 of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

14. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 13, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants DESHANE IRONS AND DARSEAN SCOTT, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.